# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEDRICK MATTHEWS

NO. 2022 KW 0719

**AUGUST 29, 2022**

---

In Re:    Dedrick Matthews, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 04-14-0587.

---

**BEFORE:    McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

    **WRIT DENIED.** Relator's arguments in the motion to vacate illegal sentences do not relate to the legality of his sentences themselves under the applicable statutes; and, thus, the issues may not be raised in a motion to vacate illegal sentences. See **State v. Parker**, 98-0256 (La. 5/8/98), 711 So.2d 694, 695 (*per curiam*); **State v. Gedric**, 99-1213 (La. App. 1st Cir. 6/3/99), 741 So.2d 849, 851-52 (*per curiam*), writ denied, 99-1830 (La. 11/5/99), 751 So.2d 239.

**JMM**
**PMc**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sw_

DEPUTY CLERK OF COURT
FOR THE COURT